Robert C. Niesley (Cal. Bar No. 131373)
Andrew Van Ornum (Cal. Bar No. 214040)
Nicholas A. Merrell (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
415-623-7000 (Telephone)
415-623-7001 (Facsimile)
rniesley@wthf.com
avanornu@wthf.com
nmerrell@wthf.com

Attorney For Plaintiff TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA

DONALD F. DRUMMOND
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819
buldogdrum@drummondlaw.net

Attorneys for Defendants
JK MERZ CONSTRUCTION, INC., JOHN K. MERZ,
and SALLY P. MERZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation; JOHN K. MERZ, an individual; SALLY P. MERZ, an individual,<br><br>Defendants. | Case No. C 07-00770 WHA<br><br>**STIPULATED MOTION TO EXTEND THE DEADLINE FOR COMPLETION OF MEDIATION UNDER THE ADR PROGRAM** |

1

STIPULATED REQUEST FOR EXTENSION TO COMPLETE MEDIATION

Plaintiff Travelers Casualty And Surety Company Of America ("Travelers") and defendants J.K. Merz Construction, Inc. ("JKM"), John K. Merz, and Sally P. Merz hereby stipulate and request the Court extend the deadline of ADR Local Rule 6-4 to complete mediation in the captioned matter. Among other things, the dispute is not ripe for resolution, and the parties, along with the court appointed mediator stipulate and agree to such an extension. This stipulated motion is brought pursuant to ADR Local Rule 6-5 and Local Rule 7-11.

Travelers' complaint in this action asserts claims based an Indemnity Agreement for (1) reimbursement for payments it made in resolving claims made by various subcontractors and suppliers on a surety payment bond, and (2) to be indemnified and held harmless from the pending claim of the City of Antioch and the Antioch Public Golf Corporation (collectively, "Antioch") in a state court action in <u>JK Merz Construction, Inc. v. First Republic Bank, et al, and Related Cross-Actions</u>, California Superior Court, County of San Francisco, Case No. CGC 06-454761 (the "State Court Action").

The State Court Action involves claims in excess of $1 million against Travelers and JKM for which liability and damages are in dispute. Travelers asserts that the Indemnity Agreement requires defendants to hold Travelers harmless from any liability, losses, costs and expenses incurred in the State Court Action. As of this date, the State Court Action is still in the pleading stage and is not yet set for trial. Until the State Court Action is resolved, mediation in this case will be futile as the parties will not be able to reach a negotiated resolution of unresolved liability and damage.

At the Case Management Conference in this case, held on May 17, 2007, the Court advised that the parties could extend the deadline to conduct and complete mediation if the appointed mediator so agreed.

The parties have conducted a pre-mediation teleconference with mediator, John Koeppel, and Mr. Koeppel consented to an extension to conduct mediation.

The parties hereby jointly request an extension of the deadline to conduct and complete mediation by January 31, 2008.

This stipulation and request will not affect the scheduling order as entered by the Court.

///

1  IT IS SO STIPULATED AND REQUESTED.

2  Dated: July 10, 2007                    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

4                                          By: /s/ Andrew Van Ornum
                                               Robert C. Niesley
5                                              Andrew Van Ornum
                                               Nicholas A. Merrell
6                                              Attorneys for Plaintiff Travelers CASUALTY
                                               AND SURETY COMPANY OF AMERICA

7  Dated: July 10, 2007                    DRUMMOND & ASSOCIATES

9                                          By: _____
                                               Donald F. Drummond
10                                             Attorneys for Defendants J.K. MERZ
                                               CONSTRUCTION, INC., JOHN K. MERZ, and
                                               SALLY P. MERZ

12  I HEREBY CONSENT to the parties' requested extension of the mediation deadline to January
13  31, 2008.

    Dated: July 12, 2007

16                                          By: _____
                                               John A. Koeppel
                                               Court Appointed Mediator

18              [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE

19  Based upon the parties' Stipulated Motion For Extension of the Mediation Deadline of ADR Local
20  Rule 6-5, and for good cause, the Court orders as follows:

21  The deadline to conclude mediation is extended and the parties are ordered to complete mediation
22  by January 31, 2008. This extension may not be cited as a basis for changing any of the other
                                previously-set deadlines.

24  Dated: July 24, 2007.

25                                          _____
                                            Hon. William Alsup
26                                          UNITED STATES DISTRICT JUDGE

                                            IT IS SO ORDERED
                                            Judge William Alsup