IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation, JOHN K. MERZ, an individual, SALLY P. MERZ, an individual,<br><br>          Defendants.<br>  _____ / | No. C 07-00770 WHA<br><br>**ORDER RE APPLICATION FOR RIGHT TO ATTACH ORDER** |

Any reply to defendants' opposition to the application for right to attach order must be filed by **NOON ON AUGUST 3, 2007**. Because the motion was not properly noticed for a hearing, the Court will rule on the papers without holding a hearing.

**IT IS SO ORDERED.**

Dated: July 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE