IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

J.K. MERZ CONSTRUCTION, INC., et al.,

    Defendants.

No. C07-770 WHA (WDB)

**ORDER RE: DISCOVERY DISPUTE**

At the November 20, 2007, hearing, the Court addressed the parties' discovery dispute and provided the parties with guidelines for discovery. By letter dated November 29, 2007, Plaintiff seeks an order directing Defendants to produce documents responsive to certain requests for production and to appear for deposition. Docket No. 71. Defendants have responded by letter brief dated December 6, 2007.

It is hereby ORDERED that Defendants must produce documents to which Plaintiff is entitled under the Federal Rules of Civil Procedure, and Defendants John Merz and Sally Merz must appear for deposition.

**IT IS SO ORDERED.**

Dated: December 6, 2007

    WAYNE D. BRAZIL
    United States Magistrate Judge