Donald F. Drummond (No. 052986)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Defendants J.K. Merz Construction, Inc.;
John K. Merz; Sally P. Merz; John K. Merz, Sr. and
Sally P. Merz as the Co-Trustees of the Merz Family
Trust U/D/T DTD 10/29/2004

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation; JOHN K. MERZ; SALLY P. MERZ; JOHN K. MERZ, SR. AND SALLY P. MERZ AS THE CO-TRUSTEES OF THE MERZ FAMILY TRUST U/D/T DTD 10/29/2004,<br><br>Defendants. | Case No. C 07-00770 WHA<br><br>**STIPULATION AND REQUEST FOR RELIEF FROM DISCOVERY CUT-OFF DATE FOR DEFENDANTS' DEPOSITION AND PRODUCTION OF DOCUMENTS AND ORDER** |

Pursuant to F.R.Civ.P 29, in connection with plaintiff's service of notices of taking of deposition of and requests for production of documents to defendants John K. Merz and Sally P. Merz served herein on December 3, 2007 for depositions to be taken and documents produced on December 13, 2007, counsel for defendant is not available on that day due to a previously scheduled deposition in Yuba City, California, in Sutter County Superior Court action

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2261
Fax 415-438-9819

1
STIPULATION AND REQUEST FOR RELIEF FROM DISCOVERY CUT-OFF DATE FOR DEFENDANTS' DEPOSITION AND PRODUCTION OF DOCUMENTS [No. C 07-00770 WHA]

no. CVCS06-1801, entitled *California Capital Loans v. Boyd*. The parties therefore stipulate and request that the court enter an order relieving the parties from the present discovery cutoff date of December 14, 2007 so that the deposition may proceed on December 14, 27 or 28, 2007 or January 2, 3 or 4, 2008. The order of the Court shall apply to (1) the notice of deposition and document subpoena to John Merz; (2) the notice of deposition and document subpoena to Sally K. Merz and the request to produce documents, set one, to each defendant.

Dated: December 10, 2007

DRUMMOND & ASSOCIATES

By _____
Donald F. Drummond
Attorneys for Defendants J.K. Merz Construction, Inc.; John K. Merz; Sally P. Merz; John K. Merz, Sr. and Sally P. Merz as the Co-Trustees of the Merz Family Trust U/D/T DTD 10/29/2004

Dated: December 7, 2007

WATT, TIEDER, HOFFAR & FITZGERALD

By _____
Andrew Van Ornum
Attorneys for Plaintiff Travelers Casualty and Surety Company of America

**ORDER**

Upon the foregoing stipulation, IT IS SO ORDERED.

Dated: ___December 12, 2007___

IT IS SO ORDERED
Judge William Alsup

United States District Court Judge

G:\drummondassoc\merz\travelers\pldg\depo-stip.wpd

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2361
Fax: 415-438-9819

2
STIPULATION TO REQUEST FOR RELIEF FROM DISCOVERY CUT-OFF DATE FOR DEFENDANTS' DEPOSITION AND PRODUCTION OF DOCUMENTS [No. C 07-00770 WHA]