**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, a Connecticut
corporation,

    Plaintiff,

v.

J.K. MERZ CONSTRUCTION, INC.,
a California corporation, JOHN K. MERZ,
an individual, SALLY P. MERZ, an individual,
JOHN K. MERZ, SR. AND SALLY P. MERZ
AS THE CO-TRUSTEES OF THE MERZ
FAMILY TRUST U/D/T DTD 10/29/2004,

    Defendants.

No. C 07-00770 WHA

**ORDER OVERRULING
OBJECTION TO REPORT
AND RECOMMENDATION
AND DENYING REQUEST
TO AUGMENT RECORD**

    On referral, Magistrate Judge Wayne Brazil issued a report and recommendation to grant plaintiff's application for a writ of attachment. A timely objection was made by defendants. A motion to expand the record was made simultaneously with the objection, as allowed by our local rule. No particular timetable or hearing is contemplated by our local rule or by FRCP 72.

    The motion to augment is **DENIED**. Nothing is raised therein that with diligence could not have been gathered, so far as the showing discloses, by the time of the proceedings before Judge Brazil. Moreover, the additional material would be futile, for the whole point of the collateral provision is to protect plaintiff against the *contended* claim, even if it has a low

probability of success. This also disposes of the first objection to the report and recommendation.

It also disposes of the second objection. Plaintiff is entitled to collateralize its contingent liability to the City, even if plaintiff is actively contesting the liability and even if the City has a weak case. The reason is that the City may win yet and plaintiff could be left holding an empty bag. The whole point of the collateral-security provision was to collateralize a *potential* indemnity duty. It was not limited to only *probable* indemnity duties. Defendants made a promise to collateralize. Now they should live up to it.

The report and recommendation of Judge Brazil is careful and well-reasoned and hereby adopted. It shall be enforced immediately. Within **SEVEN CALENDAR DAYS**, plaintiff shall submit an appropriate form of order.

**IT IS SO ORDERED.**

Dated: December 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE