Andrew Van Ornum (Bar No. 214040)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001
avanornu@wthf.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation; JOHN K. MERZ, an individual; SALLY P. MERZ, an individual; JOHN K. MERZ, SR. AND SALLY P. MERZ CO-TRUSTEES OF THE MERZ 2004 FAMILY TRUST U/D/T DTD 10/29/2004,<br><br>Defendants. | Case No. C 07-00770 WHA/WDB<br><br>[proposed] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING** |

The application for right to attach order and order for issuance of writ of attachment by plaintiff Travelers Casualty And Surety Company Of America ("Plaintiff") on property of defendants J.K. Merz Construction, Inc. ("JKM"), John K. Merz ("John Merz"), and Sally P. Merz ("Sally Merz")(collectively, "Defendants") regularly came for hearing on November 20, 2007 at 1:30 p.m. before Magistrate Judge Wayne D. Brazil, pursuant to referral from the Court. Andrew Van Ornum appeared on behalf of Plaintiff and Donald Drummond appeared on behalf of Defendants.

Having considered the papers and the arguments of counsel, Magistrate Judge Brazil made a written Report And Recommendation Re: Plaintiff's Application For Right To Attach Order ("Report and Recommendation") filed on November 30, 2007. Defendants objected to the Report and Recommendation, and by Order dated December 17, 2007, the Objection was overruled and the Report and Recommendation was adopted by the Court.

## **FINDINGS ON APPLICATION FOR ATTACHMENT**

Upon consideration of the Report and Recommendation, the Court hereby finds as follows:

1. Defendant JKM is a corporation. John Merz and Sally Merz are natural persons.

2. Attachment is sought to secure recovery on a claim upon which attachment may issue under California Code of Civil Procedure section 483.010.

3. Attachment is sought for no purpose other than the recovery on a claim upon which the attachment is based.

4. The amount to be secured by the attachment is greater than zero.

5. Travelers established the probable validity of all the claims on which the writ of attachment would issue.

6. Defendants failed to prove that the property described in Plaintiff's application is exempt from attachment, including that any of the property was exempt as "[p]roperty necessary for support of a defendant who is a natural person or the family of such defendant supported in whole or in part by the defendant." Rather, the property sought to be attached is properly subject to attachment, subject only to applicable homestead exemptions. Cal. Code Civ. Proc. § 704.740.

7. An undertaking in the amount of $10,000 is required before writs shall issue, and Plaintiff has not, as of the date of entry of this Order, filed an undertaking in that amount.

## **ORDER**

Based on the above findings, the Court hereby orders:

1. Plaintiff has a right to attach property of defendant J.K. Merz Construction, Inc. in the amount of $1,161,405.32.

2. Plaintiff has a right to attach property of defendant John Merz, a natural person, in

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -

[PROPOSED] RIGHT TO ATTACH ORDER
AND ORDER FOR WRIT OF ATTACH.

the amount of $1,161,405.32.

3. Plaintiff has a right to attach property of defendant Sally Merz in the amount of $1,161,405.32.

4. An undertaking in the amount of $10,000 must be filed before the Clerk issues the writs of attachment.

5. Upon the filing of the undertaking, the Clerk shall issue a writ of attachment in the amount of $1,161,405.32 for the property of John Merz subject to attachment under Code of Civil Procedure section 487.010, described as follows:

    a. Any money judgment or settlement proceeds payable to John Merz (Cal. Code Civ. Proc. § 491.410);

    b. Real property owned by John Merz, including:

        (i) 54 Fremont Road, San Rafael, CA 94901 [A.P.N. 012-043-11, A.P.N. 012-043-12], the legal description for which is as follows:

> All of Lot 9, as shown upon that certain map entitled, "Map of West End Addition, San Rafael, Marin Co., California", filed for record October 28, 1913 in Volume 4 of Maps, at Page 58, Marin County Records.

        (ii) 135 Highland Avenue, San Rafael, CA 94901, provisionally subject to the statutory $150,000 homestead exemption [A.P.N. 015-211-11], the legal description for which is as follows:

> PARCEL I:
> BEGINNING at the point of intersection of the Northerly line of Highland Avenue, formerly known as West Drive, with a line drawn South 48° 01' East from the most Easterly corner of Lot 5, as shown upon the map entitled, "Re-subdivision of Lot 67 and portion of Lots 66, 68 and 3.61 acres Tract in Block 23, Magnolia Park, San Rafael", filed in Book 2 of Licensed Surveyors Records, at page 60, Marin County Records; running thence North 48° 01' East to a point in the centerline of Highland Avenue, to a point which is South 22° 28' West 20.5 feet from the point of beginning; running thence North 22° 28' East 20.5 feet to the point of beginning.
>
> PARCEL II:
> BEGINNING at a point on the Northwesterly line of Highland Avenue, formerly known as West Drive, said point being distant North 35° 47' East 175.565 feet from the most Easterly corner of that certain tract of land conveyed from Elise Nash Costigan, et vir, to Robert Austin, et ux, by Deed recorded November 21, 1930 in Book 205 of Official Records, at page 31, Marin County Records; said point being also the most Easterly

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. ATTORNEYS AT LAW

- 3 -

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

corner of the property described in Deed from Maynard Redmond, et ux, to Arthur Myron Lebow, et ux, recorded October 31, 1946 in Book 531 of Official Records, at page 431, Marin County Records, and running thence North 48° 01' West 101.495 feet along the Northeasterly line of said property in Deed to Lebow to a point in the Southeasterly line of property described in Deed from Elise Nash Cosigan, et vir, recorded July 7, 1933 in Book 266 of Official Records, at page 2, Marin County Records; thence along said last mentioned line, North 41° 59' East 3.5 feet to the Southwesterly boundary line of that certain tract of land conveyed from Eleanor Margaret Hind Sherwood to the San Rafael Land Title Company, by Deed recorded February 19, 1940 in Book 393 of Official Records, at page 249, Marin County Records; thence along said line South 48° 01' East 101.115 feet to the Northwesterly line of Highland Avenue; thence along said line of Highland Avenue, South 35° 47' West 3.52 feet from the point of beginning.

Parcel III:
A RIGHT OF WAY for pipeline and sewer drain purposes as described in the Deed from Eda Beronio to Bruce Vernon, et ux, recorded in Book 539 of Official Records, at page 154, Marin County Records, of which the route of said right of way running parallel to and up to five feet from the Southeasterly boundary line of the lot of said first party and adjacent to the right of way granted by said first party to Pacific Gas and Electric Company, by Deed recorded April 1, 1941 in Book 410 of Official Records, at page 247, Marin County Records.

  (iii) One sixth interest in 533 Irwin Street, San Rafael, CA 94901 [A.P.N. 013-072-05], the legal description for which is as follows:

BEGINNING at a point on the westerly line of Irwin Street, San Rafael, California, distant thereon South 7° 38' West 250 feet from its intersection with the southwesterly Right of Way line of the Northwestern Pacific Railroad, San Quentin Branch; and running thence along said street line, South 7° 38' West 75 feet, thence leaving said Irwin Street line North 82° 22' West 150, thence North 7° 38' East 75 feet, thence South 82° 22' East 150 feet to the point of beginning.

TOGETHER with the Right of Way for ingress and egress over a strip of land 4 feet wide lying northerly of and adjacent to the northerly lines of the above described parcel.

  (iv) 419 West 7th Street, Chico, CA 95928 [A.P.N. 004-274-004], the legal description for which is as follows:

The Westerly 49 feet of Lots 1 and 2 of Block 92 of the City (formerly Town) of Chico, as shown on that certain Map, which Map was recorded in the Office of the Recorder of the County of Butte, State of California.
Said parcel being 49 feet on Seventh Street and running back at right angles thereto 132 feet.

c. Acct No. 5760-4672 at Linsco/Private Ledger; and

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 4 -

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

    d. Any monies due to John Merz under any insurance policy (other than insurance for health, disability, or long term care).

  6. Upon the filing of the undertaking, the Clerk shall issue a writ of attachment in the amount of $1,161,405.32 for the property of Sally Merz subject to attachment under Code of Civil Procedure section 487.010, described as follows:

    a. Any money judgment or settlement proceeds payable to Sally Merz (Cal. Code Civ. Proc. § 491.410);

    b. Real property owned by Sally Merz, including:

     (i) 54 Fremont Road, San Rafael, CA 94901 [A.P.N. 012-043-11, A.P.N. 012-043-12], the legal description for which is in paragraph 5(b)(i) above.

     (ii) 135 Highland Avenue, San Rafael, CA 94901 [A.P.N. 015-211-11], subject to a provisional $150,000 homestead exemption, the legal description for which is in paragraph 5(b)(ii) above.

     (iii) One sixth interest in 533 Irwin Street, San Rafael, CA 94901 [A.P.N. 013-072-05], the legal description for which is in paragraph 5(b)(iii) above.

     (iv) 419 West 7th Street, Chico, CA 95928 [A.P.N. 004-274-004], the legal description for which is listed in paragraph 5(b)(iv) above.

    c. Acct No. 5760-4672 at Linsco/Private Ledger; and

    d. Any monies due to Sally Merz under any insurance policy (other than insurance for health, disability, or long term care).

  7. Upon the filing of the undertaking, the Clerk shall issue a writ of attachment for the property of defendant JKM in the amount of $1,161,405.32, described as follows:

    a. Any money judgment or settlement proceeds payable to JKM (Cal. Code Civ. Proc. § 491.410);

    b. Real property owned by JKM, including:

     (i) 54 Fremont Road, San Rafael, CA 94901 [A.P.N. 012-043-11, A.P.N. 012-043-12], the legal description for which is in paragraph 5(b)(i) above.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 5 -

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

(ii) 135 Highland Avenue, San Rafael, CA 94901 [A.P.N. 015-211-11], subject to a provisional $150,000 homestead exemption, the legal description for which is in paragraph 5(b)(ii) above.

(iii) One sixth interest in 533 Irwin Street, San Rafael, CA 94901 [A.P.N. 013-072-05], the legal description for which is in paragraph 5(b)(iii) above.

(iv) 419 West 7th Street, Chico, CA 95928 [A.P.N. 004-274-004], the legal description for which is listed in paragraph 5(b)(iv) above.

c. Acct No. 5760-4672 at Linsco/Private Ledger; and

d. Any monies due to JKM under any insurance policy (other than insurance for health, disability, or long term care).

**IT IS SO ORDERED**.

Dated: __December 18, 2007.__

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 6 -

[PROPOSED] RIGHT TO ATTACH ORDER
AND ORDER FOR WRIT OF ATTACH.