**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation, JOHN K. MERZ, an individual, SALLY P. MERZ, an individual, JOHN K. MERZ, SR. AND SALLY P. MERZ AS THE CO-TRUSTEES OF THE MERZ FAMILY TRUST U/D/T DTD 10/29/2004,<br><br>    Defendants. | No. C 07-00770 WHA<br><br>**ORDER DENYING STIPULATED MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE** |

The Court has learned the hard way that any claim of agreement evaporates so frequently that it is unwise to postpone deadlines until there is a firm written agreement signed by both sides and that requires, at most, a ministerial act for approval. The request for an extension of the deadline for filing dispositive motions is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: January 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE