United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation, JOHN K. MERZ, an individual, SALLY P. MERZ, an individual, JOHN K. MERZ, SR. AND SALLY P. MERZ AS THE CO-TRUSTEES OF THE MERZ FAMILY TRUST U/D/T DTD 10/29/2004,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-00770 WHA<br><br>**ORDER EXPEDITING MOTION PERMITTING COUNSEL OF RECORD TO WITHDRAW** |

　　　Defense counsel Drummond & Associates moves for an order permitting it to withdraw as counsel of record for defendants. The hearing for this motion is currently set for April 17, 2008, at 8:00 a.m. The undersigned is unavailable the entire week of April 14 (including April 17). Trial is set for the following week. In light of the undersigned's unavailability and impending trial, the hearing for defense counsel's motion to withdraw as counsel shall be expedited and reset to **THURSDAY, APRIL 10, 2008**, at **8:00 A.M.** The opposition brief is due on Monday, March 24, 2008, at noon, and the reply brief is due Monday, March 31, 2008, at noon.

1  In the meantime, Drummond & Associates remains counsel of record and must prepare
2  accordingly for the upcoming trial.

**IT IS SO ORDERED.**

Dated: March 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE