IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation, JOHN K. MERZ, an individual, SALLY P. MERZ, an individual,<br><br>    Defendants.<br>                                                / | No. C 07-00770 WHA<br><br>**ORDER RE HEARING ON MOTION TO WITHDRAW AS COUNSEL** |

    The hearing for defense counsel's motion to withdraw as counsel of record is set for April 10, 2008, at 8:00 a.m. Defense counsel should ensure that their clients are at the hearing.

    **IT IS SO ORDERED.**

Dated: April 2, 2008.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE