IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>J.K. MERZ CONSTRUCTION, INC., a California corporation, JOHN K. MERZ, an individual, SALLY P. MERZ, an individual,<br><br>         Defendants.<br>_____/ | No. C 07-00770 WHA<br><br>**ORDER DENYING STIPULATED MOTION TO VACATE TRIAL DATE DUE TO SETTLEMENT CLAIMS** |

The Court has received the parties' stipulated request to vacate the pretrial conference and trial dates in this matter. They say that a final, signed settlement agreement has been negotiated and agreed to by all parties and that only one signature is pending from the City of Antioch. It has been the experience of this Court that settlement agreements, no matter how close they are to being "final," have a way of falling apart. Until there is a settlement agreement signed by *all* parties and a stipulated voluntary dismissal, all dates shall stand. Please appear for the final pretrial conference on April 9, 2008, and advise whether a dismissal has been filed.

**IT IS SO ORDERED.**

Dated: April 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE